**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**WALTER HOGAN**                                                                            **PETITIONER**

v.                                                                                                                              **No. 1:02CV234-P-D**

**STATE OF MISSISSIPPI, ET AL.**                                                         **RESPONDENTS**

## ORDER DENYING MOTION TO ALTER JUDGMENT

This matter comes before the court on the petitioner's August 25, 2006, motion to alter judgment. This court dismissed the instant petition for a writ of *habeas corpus* as untimely filed on January 28, 2003. This court denied the petitioner's application for a certificate of appealability, and the petitioner appealed that decision to the Fifth Circuit, which also denied the petitioner's certificate of appealability. The petitioner filed a petition for certiorari to the United States Supreme Court, which denied that petition on October 4, 2004. In denying Hogan's petition for a writ of certiorari, the highest court in the nation has upheld this court's ruling. Put simply, there is nothing left for this court to review. As such, the instant motion to alter judgment is hereby **DENIED.**

**SO ORDERED,** this the 23rd day of January, 2007.

                                                                                   /s/ W. Allen Pepper, Jr.
                                                                                   W. ALLEN PEPPER, JR.
                                                                                   UNITED STATES DISTRICT JUDGE